NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ESTATE OF DAVID RUBINSTEIN,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————

2015-5068

———————————

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00291-MMS, Judge Margaret M. Sweeney.

———————————

## JUDGMENT

———————————

JOSEPH A. BROYLES, The Law Offices of Joseph A. Broyles, Inc., Los Angeles, CA, argued for plaintiff-appellant.

MELISSA BRIGGS, Tax Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JONATHAN S. COHEN, CAROLINE D. CIRAOLO.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 June 10, 2016                     /s/ Peter R. Marksteiner
       Date                          Peter R. Marksteiner
                                     Clerk of Court